United States District Court
Southern District of Texas
**ENTERED**
March 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Trymayne G., | § | |
| *Plaintiff,* | § § § § | |
| v. | § § | Civil Action No. 4:24-cv-02678 |
| Commissioner of Social Security, | § § § | |
| *Defendant.* | § § | |

## ORDER GRANTING FEES

On December 19, 2024, Plaintiff Trymayne G. filed an unopposed motion for attorneys' fees under the Equal Access to Justice Act after this case was remanded to the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g).  Dkt. 12; *see also* Dkt. 11 (October 1, 2024 final judgment).

After reviewing the submission and the record, the Court concludes that Plaintiff is the prevailing party, the fee application is timely, the Administration's position was not substantially justified, and a fee award would not be unjust.  In addition, the Court concludes that an upward adjustment of the default EAJA rate of $175 per hour is warranted to account for the increased cost of living.  Using the U.S. Bureau of Labor Statistics'

Consumer Price Index for this region[1] results in an adjusted hourly rate of $240.19 for work performed in 2024. *See Nash v. Colvin*, 2025 WL 871623, at *1-2 (S.D. Tex. Mar. 20, 2025) (detailing this calculation). Counsel's requested hourly rate of $241.52 is only slightly higher than the CPI-adjusted rate, and the number of hours sought (2.7) is reasonable. *See* Dkt. 12-3 at 2 (chart). Plaintiff's requested total of $652.10 is a reasonable fee award in this case.

It is therefore **ORDERED** that Plaintiff's motion for attorneys' fees (Dkt. 12) be **GRANTED**, and that he be awarded $652.10 in fees.

Signed on March 28, 2025, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge

---

[1] The full CPI chart for the Houston-The Woodlands-Sugar Land, Texas area is available on the U.S. Bureau of Labor Statistics' website. *See Databases, Tables & Calculators by Subject*, U.S. Bureau of Lab. Stat., https://perma.cc/83YX-2829.